UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 09 CR 513-2 |
| ) | |
| HECTOR ROLANDO MORALES ) | Judge Charles R. Norgle, Sr. |

### REVISED PROTECTIVE ORDER

Upon the parties' joint motion to revise the protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1), it is hereby ordered as follows:

1. Upon the conclusion of this case, defendant HECTOR ROLANDO MORALES and his counsel shall return to the government, or otherwise destroy, without retaining any copies, all records, reports, statements, and other materials provided or made available to defendant in connection with this case.

2. Defendant HECTOR ROLANDO MORALES and his counsel shall use the records, reports, statements, and other materials the government provides them solely in connection with this case and for no other proceeding.

3. Defendant shall be provided with no more than one copy of any discovery material produced by the government. Defendant shall not make additional copies of any discovery provided to him.

4. Defendant shall not otherwise record any victim's mailing address, email address, account number, password, social security number, routing number, credit

card number, mother's maiden name, account balance information, home telephone number, or any other personal identifying information.

5. Defendant HECTOR ROLANDO MORALES and his counsel shall make no disclosure of the records, reports, statements, and other materials the government provides them, or the contents thereof, including personal identification information, financial information, and other sensitive information, to any other person or entity, except as defendant's counsel reasonably deems necessary to prepare a defense (such as defense experts or other witnesses necessary to the preparation of a defense) or as this Court authorizes.

6. This Revised Protective Order supersedes the Protective Order entered by the Court on May 21, 2010.

ENTER:

_____
CHARLES R. NORGLE, SR.
United States District Court Judge

Dated: 7-9-10